IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM DUBIAK, :
:
    Plaintiff, :
:
v. : 3:12-CV-02623
: (JUDGE MARIANI)
SOUTH ABINGTON TOWNSHIP, :
:
    Defendant. :

## ORDER

**AND NOW, THIS 16TH DAY OF APRIL, 2014,** in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's renewed Motion to Dismiss (Doc. 26) is **DENIED.**

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge